United States District Court
Southern District of Texas
**ENTERED**
October 21, 2021
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| OLIVIA SLIGH, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20-cv-01417 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| CITY OF CONROE, | § | |
| *et al*, | § | |
| Defendants. | § | |

### ORDER

The Defendants' motions for conference are DENIED. Dkts 38 & 63.

All deadlines are STAYED pending decision on renewed motions to dismiss. See Dkts 55 & 59. Expert deadlines will be reset in any later scheduling order.

SO ORDERED.

Signed on October 21, 2021, at Houston, Texas.



Hon. Charles Eskridge
United States District Judge